# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80454 **FILED**<br><br>FEB 2 1 2020<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80455 |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80456 |
| RAYMOND TYRONE DAVIS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80569 ✓ |

## ORDER DISMISSING APPEALS

These are pro se appeals from pretrial orders denying an "order of retrial"; denying defendant's request for self-representation; denying a motion to recuse; and denying a motion to dismiss under *Doggett v. United*

SUPREME COURT
OF
NEVADA

(O) 1947A

20-07146

*States*. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court's review of these appeals reveals jurisdictional defects. Specifically, no statute or court rule permits an appeal from orders denying the aforementioned motions. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.　　　　　_____, J.
Hardesty　　　　　　　　　　　　　　　Cadish

cc:　　Hon. Jacqueline M. Bluth, District Judge
　　　　Mueller & Associates
　　　　Attorney General/Carson City
　　　　Clark County District Attorney
　　　　Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A